```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

------------------------------x
:
PETER LUNDSTEDT                :     Civil No. 3:13CV01423 (JAM)
:
v.                             :
:
DEUTSCHE BANK NATIONAL TRUST   :
COMPANY, JP MORGAN CHASE and   :
SELECT PORTFOLIO SERVICING     :
INC.                           :
:
------------------------------x

                         AMENDED SCHEDULING ORDER

A case management/discovery conference was held on November 14, 2016, to discuss the scheduling of depositions, entry of a confidentiality order, and responses to interrogatories and requests for production. The following deadlines and agreements were set during the conference with the consent of the parties.

Defendant will produce responses to interrogatories and requests for production upon receipt of an email confirmation by plaintiff to be bound by Judge Hall's Confidentiality Order.

Plaintiff's deposition is scheduled for **November 30, 2016.**

Plaintiff will serve a notice of deposition of a corporate designee pursuant to Federal Rule of Civil Procedure 30(b)(6) by **December 1, 2016.** The 30(b)(6) deposition will be held by **December 30, 2016.**

Discovery will close on **January 31, 2017.**

Summary Judgment motions are due by **March 3, 2017.**

Responses are due by **March 24, 2017.**

A follow-up telephonic case management/discovery conference will be held on **December 20, 2016 at 11:30 AM.** Counsel for the defendant will initiate the call with the Court; once the parties are on the line, please call the conference line at (641) 715-3580 and enter access code: 851-398.

The parties are encouraged to contact the Court if issues arise that may impact the deadlines set in this Order.

This is not a Recommended Ruling/Order. This is a ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); and D. Conn. L. Civ. R. 72.2. As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

SO ORDERED at Bridgeport this 17th day of November 2016.

```
         /s/
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE
```